**Order entered January 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00137-CV
No. 05-15-00139-CV
No. 05-15-00140-CV

**IN RE ERIK BOWEN, Relator**

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80668-09, 401-80666-09, 401-80667-09**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID EVANS
JUSTICE